**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Stanley Lawrence BURKE, Sr.,**
**Defendant–Appellant.**

**No. 09–10788**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 15, 2009.

Stanley Lawrence Burke, Sr., Yazoo City, MS, pro se.

Amy Lee Copeland, U.S. Attorney's Office, Savannah, GA, for Defendant–Appellant.

Before TJOFLAT, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

H. Wilson Haynes, Jr., appointed counsel for Stanley Lawrence Burke, Sr., in this direct criminal appeal, has moved to withdraw from further representation and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record confirms that there are no issues of arguable merit on appeal. Therefore, counsel's motion to withdraw is **GRANTED,** and the district court's order revoking Burke's supervised release and imposing his 12–month consec-

utive sentences under 18 U.S.C. § 3583(e)(3) is **AFFIRMED.**